# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRIKH VARDANYAN,<br><br>              Petitioner,<br><br>   v.<br><br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>              Respondents. | CASE NO. 5:25-cv-03272-SVW-SK<br><br>JUDGMENT |

Pursuant to the Order Denying Habeas Petition, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed.

DATED: April 14, 2026

STEPHEN V. WILSON
United States District Judge